261 F.2d 109
 Emeary MORELAND, Jr.
v.
UNITED STATES of America.
 No. 5881.
 United States Court of Appeals Tenth Circuit.
 July 8, 1958.
 
 Appeal from the United States District Court for the District of Colorado.
 Raymond D. Buckles, Denver, Colo., for appellant.
 Donald E. Kelley, U. S. Atty., and John S. Pfeiffer, Asst. U. S. Atty., Denver, Colo., for appellee.
 Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.
 PER CURIAM.
 
 
 1
 Dismissed for failure of appellant diligently to prosecute the same.